UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

PETROLEUM ENGINEERING, INC.

VERSUS

AXIS ONSHORE, L.P.

CIVIL ACTION

NO. 11-369-BAJ-DLD

**RULING AND
ORDER OF REMAND**

The Court, having carefully considered the motions, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Docia L. Dalby dated December 14, 2011 (doc. 33), to which no objection has been filed, hereby approves the Report and Recommendation of the Magistrate Judge and adopts it as the Court's opinion herein.

Accordingly, **IT IS ORDERED** that plaintiff's motion to remand and/or abstain (doc. 10) is granted and this action is hereby remanded to the 19th Judicial District Court for the Parish of East Baton Rouge, State of Louisiana.

**IT IS FURTHER ORDERED** that the motion to transfer to the United States District, Northern District of Texas filed by defendant (doc. 5) is denied as moot.

Baton Rouge, Louisiana, January 23, 2012.

BRIAN A. JACKSON, CHIEF JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

19th JDC - Certified